## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Devon Curtis

               Plaintiff,

v.                                                          Case No.: 1:21–cv–06079

                                                                    Honorable Steven C. Seeger

7–Eleven, Inc.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 10, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The Court sets the following briefing schedule on defendant's motion to dismiss (Dckt. No. [12]). Plaintiff's response is due by January 7, 2022. Defendant's reply is due by January 21, 2022. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.