# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Devon Curtis

                Plaintiff,

v.                                                 Case No.: 1:21−cv−06079
                                                 Honorable Steven C. Seeger

7−Eleven, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 11, 2023:

      MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed the parties' 12/11/2023 joint status report [68]. The parties are proceeding with discovery pursuant to the Court's schedule. By 1/17/2024, the parties shall file a joint status report setting forth what discovery has been completed, what discovery remains, and if any discovery disputes require the Court's attention. Mailed notice. (ja)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.