**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Devon Curtis
                Plaintiff,

v.                                           Case No.: 1:21−cv−06079
                                                     Honorable Steven C. Seeger

7−Eleven, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 17, 2024:

      MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed the parties' 1/16/2024 joint status report [71]. By 1/31/2024, the parties shall file a joint status report confirming defendant's compliance with the Court 9;s order [65], [66]. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.