# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Devon Curtis

          Plaintiff,

v.                                             Case No.: 1:21–cv–06079

                                                        Honorable Steven C. Seeger

7–Eleven, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 19, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on July 18, 2024. For reasons stated in open court, plaintiff's motion to certify class (Dckt. No. [76]) is hereby denied. A status report is due by August 2, 2024, regarding the next steps of the case. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.