UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Devon Curtis

      Plaintiff,

v.                 Case No.: 1:21−cv−06079
                   Honorable Steven C. Seeger

7−Eleven, Inc.

      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 12, 2024:

  MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report. (Dckt. No. [100]) The parties have reached a settlement in principle, and are in the process of executing a settlement agreement. The parties must file a stipulation of dismissal by the end of the month. Based on that representation, the complaint is hereby dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice unless a party seeks and obtains relief from the Court by September 15, 2024. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.