### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DEVON CURTIS, individually and on behalf of all other similarly situated individuals,<br><br>   Plaintiffs,<br><br>  v.<br><br>7-Eleven, Inc.,<br><br>   Defendant. | Case No. 1:21-cv-06079<br><br>Judge: Steven C. Seeger<br>Magistrate: Jeffrey I. Cummings |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action, acting through their counsel, hereby stipulate to the dismissal of this action with prejudice as to Plaintiff Devon Curtis's claims, with each party to bear their own attorneys' fees and costs.

Dated: August 30, 2024

                       Respectfully submitted,

                       */s/ Daniel M. Blouin*
                       Daniel M. Blouin
                       Frank A. Battaglia
                       WINSTON & STRAWN LLP
                       35 W. Wacker Drive
                       Chicago, IL 60601
                       312-558-5600
                       312-558-5700 (fax)
                       DBlouin@winston.com
                       FBattaglia@winston.com

                       *Attorneys for Defendant*

                       Eugene Y. Turin
                       Andrew T. Heldut
                       Jordan Frysinger
                       MCGUIRE LAW, P.C.
                       55 W. Wacker Dr., 9th Fl.
                       Chicago, IL 60601
                       Tel: (312) 893-7002
                       eturin@mcgpc.com
                       aheldut@mcgpc.com
                       jfrysinger@mcgpc.com

                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 30th day of August, 2024, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois, and was served by operation of that Court's electronic filing system on all parties of record.

Dated: August 30, 2024　　　　　　　　　　　　*/s/ Daniel M. Blouin*
　　　　　　　　　　　　　　　　　　　　　　　Daniel M. Blouin